UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



* * *

UNITED STATES OF AMERICA, )
)  2:01-CR-0056-LDG-LRL
Plaintiff, )
)
vs. )
)
RYAN POWELL VANNAH )
)
Defendant. )

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#48), sentencing held on April 30, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA*
Amount of Restitution: $79,609.14
* Joint and several with Co-defendants French and Simister in the amount of $23,128.09
  Joint and several with Co-defendant French in the amount of $11,300.00

Name of Payee: FIRST USA BANK**
Amount of Restitution: $20,529.49
** Joint and several with Co-defendants French and Simister in the amount of $10,038.77
  Joint and several with Co-defendant French in the amount of $10,490.72

Name of Payee: AMERICAN EXPRESS***
Amount of Restitution: $15,918.74
*** Joint and several with Co-defendant French in the amount of $13,468.74
    Joint and several with Co-defendant Simister in the amount of $2,450.00

**Total Amount of Restitution ordered:** $116,057.37

Dated this _____2_____ day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE